UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21mj02072 O'Sullivan

UNITED STATES OF AMERICA

v.

CHARLES TERRANCE JOHNSON,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes  X  No

                      Respectfully submitted,

                      ARIANA FAJARDO ORSHAN
                      UNITED STATES ATTORNEY

BY: *Stephen J. Demanovich*
       Stephen J. Demanovich
       Assistant United States Attorney
       Southern District of Florida
       Florida Bar No. 61120
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Telephone: (305) 961-9208
       E-mail: Stephen.Demanovich@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES TERRANCE JOHNSON<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 21mj02072 O'Sullivan<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2020 through the present__ in the counties of __Miami-Dade and Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2261A | Cyber Stalking |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

SA Thomas Pavletic, FBI
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 1/14/2021

_Judge's signature_

City and state: Miami, Florida     Hon. John J. O'Sullivan, Chief U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Thomas Pavletic, first being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2019. Among my duties as an FBI Special Agent, I am responsible for the investigation of violations of federal law, including federal laws related to threats to life, threatening and harassing communications, cyber stalking, and firearms offenses. I am currently assigned to the FBI's Joint Terrorism Task Force ("JTTF"), where my primary responsibilities include the investigation of threat to life cases.

2. I am familiar with the facts and circumstances of the investigation based on my personal participation in the investigation, my communications with other law enforcement officers, and my examination of relevant evidence. The information contained in this Affidavit is not inclusive of all the facts of the investigation and is provided for the limited purpose of establishing probable cause to obtain a criminal complaint.

3. This Affidavit is made in support of a criminal complaint for the arrest of Charles Terrance Johnson ("JOHNSON"), who with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death of or serious bodily injury or caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A.

## PROBABLE CAUSE

4. On or about December 3, 2020, the FBI Miami Field Office received a telephonic tip

regarding threatening and harassing telephone calls received by the law firm of Morgan, Lewis & Bockius LLP ("MLB") located in Miami, Florida.

5. The tipster, who is an MLB representative ("D.M."), indicated that several MLB employees received numerous concerning voicemails from JOHNSON. The investigation revealed that JOHNSON left approximately 60 harassing voicemails on multiple MLB employees' voicemail boxes within approximately a one-week period. D.M. advised MLB had represented Home Depot ("HD")[1] in a wrongful termination lawsuit that JOHNSON filed against HD in or around 2004-2005. MLB prevailed in the lawsuit, but since then MLB has had several incidents involving JOHNSON.

6. Specifically, MLB advised law enforcement that HD received additional unsolicited calls and voicemails from JOHNSON. Law enforcement contacted HD's corporate offices in Atlanta, Georgia and discovered JOHNSON called and left HD approximately 155 voicemails directed to numerous employees within an approximately sixty-day period.

7. For example, on or about November 27, 2020, JOHNSON left several voicemail messages in the voicemail box of HD representative ("L.M."). In one message, JOHNSON stated: *"I don't got a whole lot of money to go to the gun store, and, you know what I'm saying. They might do something to push me over the edge. You understand where I'm going with this?"*

### LAW ENFORCEMENT CONFIRMS JOHNSON'S IDENTITY

8. Records from the Lauderhill Police Department show a 911 call coming from the address on JOHNSON's Florida Driver's License on or about December 5, 2020 using the phone number xxx-xxx-6305. The caller identified himself as Charles, which is JOHNSON's first name, and the xxx-xxx-6305 phone number identified in the Lauderhill Police Department records

---

[1] Home Depot has its corporate offices located at 2455 Paces Ferry Road, Atlanta, GA 30339.

2

matched the phone number that made numerous threatening calls to both MLB and HD.

9. T-Mobile records confirmed that JOHNSON is the phone user and account holder associated with the phone number xxx-xxx-6305. T-Mobile records further provided that the address on T-Mobile's records matched the address shown on JOHNSON's Florida Driver's License.

10. In addition, on or about December 28, 2020, a Florida Lottery employee ("L.C.") received a voicemail from JOHNSON coming from phone number xxx-xxx-6305, in which JOHNSON identified himself with his full name and address which match his Florida Driver's License.

11. During the investigation, law enforcement also obtained a letter dated June 2007 from JOHNSON sent to MetLife Insurance Company who at the time was the benefits administrator for HD in which JOHNSON stated that he *"had a plan to kill as many of Home Depot employees as I could and then kill [himself]."* As a result of the letter, HD issued a Risk Protection Order in Broward County stating that JOHNSON was not permitted to have any contact with HD or its employees.

### JOHNSON'S JANUARY 2021 HARASSING CALL TO HD EMPLOYEE M.C.

12. On or about January 7, 2021, HD corporate security provided FBI Miami with another voicemail message that JOHNSON left HD employee ("M.C.") on M.C.'s company voicemail. In the voicemail JOHNSON stated: *"I get a call from your head of security... Telling me... [ ...] don't call the stores anymore... Don't call our corporate office anymore."* JOHNSON continued, *"you're going to force me to do something I don't want to do... Obviously somebody ain't getting the message... The Seminole Hard Rock, I'm going to shut them down first... It's going to be Seminole Hard Rock then it's going to be Florida Lottery... And it's going to be in that*

*order."*

13. Again, the xxx-xxx-6305 phone number used to call HD employee MC during this voicemail is the same number known to law enforcement to belong to JOHNSON.

### JOHNSON'S MULTIPLE HARASSING CALLS TO VICTIM A.M.E.

14. On or about November 22, 2020, JOHNSON left a voicemail for MLB employee ("A.M.E."). In the voicemail JOHNSON stated *"You think I like doing this? I don't... "* JOHNSON continued, *"let it go... cause the only thing that's gonna happen if I get it, I'm either gonna take it to the media, or I'm gonna go buy me a whole bunch of guns. That's what you want?"*

15. On or about November 22, 2020, JOHNSON left another voicemail for MLB. employee A.M.E. In the voicemail JOHNSON stated *"Let it go, because like I said, I understand why people are going and taking these high powered rifles and guns and armament that they use to fight wars. I understand why people are just going in schools and shooting everybody."* JOHNSON continued, *"I understand why somebody goes out to Las Vegas and murders 38 people up on the 32nd floor. I understand this why somebody would go in a shopping mall, because of the same bullshit I'm going through, I know they went through it."*

16. On or about November 22, 2020, JOHNSON left yet another voicemail for MLB employee A.M.E. In the voicemail JOHNSON clearly identified himself and stated *"This is your... I don't know what to call myself, I don't know if I'm an adversary or an enemy or whatever, this is Charles Terrance Johnson."* JOHNSON continued, *"this is not a physical battle that I'm in, it's spiritual, with these corrupt, wicked, evil Jews. And you can quote me on this, please tell 'em, I ain't got no problem. They're fakes."* JOHNSON continued, *"Oh they about to get what's comin to 'em. Trust me. I don't want nothing from 'em. Y'all lord has told me that he is gonna set them on fire along with all of their little minions."*

4

## JOHNSON'S JANUARY 14, 2021 HARASSING CALL TO THE FLORIDA LOTTERY

17. Most recently, on or about January 14, 2021 JOHNSON called the Florida Lottery where he told an employee during a conversation *"or I can handle it another way. I can go down to the gun store, you know what I mean?"* He went on to say *"sometimes five or six people in a body bag is the only way to get a message across."*

## CONCLUSION

18. Based upon the foregoing facts, your affiant respectfully submits there is probable cause to believe that CHARLES TERRANCE JOHNSON, acting with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, or intimidate another person, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed a person in reasonable fear of death or serious bodily injury or caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, in violation of Title 18, United States Code, Section 2261A.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

THOMAS J. PAVLETIC, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim. P. 4.1 by Face.Time this 14th day of January 2021.

HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

5