FILED by KS D.C.

Apr 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20195-CR-WILLIAMS/MCALILEY**

18 U.S.C. § 2261A(2)(B)

UNITED STATES OF AMERICA

vs.

**CHARLES TERRANCE JOHNSON,**

      **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Stalking
### 18 U.S.C. § 2261A(2)(B)

Beginning in or around November 2020 and continuing through on or about November 22, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLES TERRANCE JOHNSON,**

did, with the intent to harass and intimidate, use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to victim A.M.E., in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 2
### Stalking
### 18 U.S.C. § 2261A(2)(B)

Beginning in or around November 2020 and continuing through on or about January 14, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLES TERRANCE JOHNSON,**

did, with the intent to harass and intimidate, use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to victim R.E.V., in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 3
### ~~Harassment~~ Stalking BF OM-BS
### 18 U.S.C. § 2261A(2)(B)

Beginning in or around December 2020 and continuing through on or about January 7, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLES TERRANCE JOHNSON,**

did, with the intent to harass and intimidate, use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to victim M.C., in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 4
### Stalking
### 18 U.S.C. § 2261A(2)(B)

Beginning in or around November 2020 and continuing through on or about December 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLES TERRANCE JOHNSON,**

did, with the intent to harass and intimidate, use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to victim L.M., in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

FOREPERSON

_____ for:
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
STEPHEN J. DEMANOVICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHARLES TERRANCE JOHNSON

                    **Defendant.**      /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)    Yes ___   No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No**
   List language and/or dialect  _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I     0 to 5 days        ✓
   - II    6 to 10 days       ___
   - III   11 to 20 days      ___
   - IV    21 to 60 days      ___
   - V     61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   X

6. Has this case previously been filed in this District Court?  (Yes or No)  **No**
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  **Yes**
   If yes: Magistrate Case No.  21-mj-02072
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___   No ✓

                                                 *Stephen J. Demanovich*
                                                 STEPHEN J. DEMANOVICH
                                               ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Charles Terrance Johnson

**Case No:** _____

**Count(s) #:** 1 - 4

Stalking

Title 18, United States Code, Section 2261A(2)

***Max.Penalty:** 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.